AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

VIOLATION: 18 U.S.C. §§ 751(a) and 4082 - Escape

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment: Maximum 5 Years; Fine: $250,000; Supervised release: 3 years, and Special assessment: $100

---- DEFENDANT - U.S. ----

▶ JAMES STUART WALKER,

DISTRICT COURT NUMBER

CR07-0696 CW

FILED
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
U.S. MARSHALS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ANDREW HUANG, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
Arizona

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Ball Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

**E-filing**

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

JAMES STUART WALKER,

CR07-0696 CW

DEFENDANT.

---

## INDICTMENT

VIOLATION: 18 U.S.C. §§ 751(a) and 4082 - Escape

FILED 2007 NOV -1 PM 12:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A true bill. _____ Foreman

Filed in open court this 1st day of November 2007
_____ Clerk

Bail, $ No bail support warrant.
_____ 11-1-07

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

2007 NOV -1 PM 12: 40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-0696 CW |
| Plaintiff, ) | |
| v. ) | VIOLATION: 18 U.S.C. §§ 751(a) and 4082 - Escape |
| JAMES STUART WALKER, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about April 5, 2007, in the Northern District of California, the defendant

JAMES STUART WALKER

having been lawfully committed to the custody of the Attorney General as part of his sentence on a felony conviction in the United States District Court for the Northern District of California, knowingly escaped from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, by virtue of a conviction on an offense, by willfully failing to remain within the extended limits of his confinement as set forth in his authorized and ordered transfer furlough from the Federal Correction Institution in Tucson, Arizona, to the Cornell Community



1 | Correctional Center in Oakland, California, and by failing to report to the Cornell Community
2 | Correctional Center within the time prescribed.
3 |     All in violation of Title 18, United States Code, Sections 751(a) and 4082.

5 | DATED:                            A TRUE BILL.
6 | November 1, 2007
7 |                                   /s/ FOREPERSON

9 | SCOTT N. SCHOOLS
  | United States Attorney

12 | /s/ W. DOUGLAS SPRAGUE
13 | Chief, Oakland Branch

15 | (Approved as to form: /s/ AUSA HUANG )

INDICTMENT                     2