# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
PHOENIX, ARIZONA 85003

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
PHOENIX, ARIZONA 85003

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
Evo A. DeConcini Courthouse
405 W. Congress, Suite 1500
TUCSON, ARIZONA 85701

November 1, 2007

**FILED**

**NOV - 5 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

Re:  USA vs James Stuart Walker
     Our Magistrate Case No. 07-1012M-HCE
     Your Case No. ~~4:07-70271-WDB~~  CR 07-696-CW

Dear Mr. Wieking:

In connection with the above-entitled Removal Proceedings, enclosed herewith is a certified copy of the docket sheet and a copy of the Commitment to Another District.

The electronically filed documents may be accessed through PACER for the U.S. District Court of Arizona. Instructions are attached for your use.

Please acknowledge receipt of same on the copy of this letter and return to this office for filing.

RICHARD H. WEARE, CLERK

By: _____
Deputy Clerk

GAZ 99 C/O (Rev. 7/99) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __ARIZONA__ _____

UNITED STATES OF AMERICA

V.

JAMES STUART WALKER

COMMITMENT TO ANOTHER DISTRICT

Case Number: 07-01012M-001
Charging District Case Number: 4-07-70271

The defendant is charged with a violation of 18:751(a) and 4082(a); alleged to have been committed in the Northern District of California

Brief Description of Charge(s): ESCAPING/ATTEMPTING TO ESCAPE FROM CUSTODY OF ATTORNEY GENERAL

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

10/29/2007
Date

MAGISTRATE HÉCTOR C. ESTRADA
Judicial Officer

### RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

## U.S. District Court
### DISTRICT OF ARIZONA (Tucson Division)
### CRIMINAL DOCKET FOR CASE #: 4:07-mj-01012-HCE All Defendants
### Internal Use Only

Case title: USA v. Walker

Date Filed: 10/29/2007
Date Terminated: 11/01/2007

Assigned to: Magistrate Judge Hector C Estrada

**Defendant**

**James Stuart Walker (1)**
*TERMINATED: 11/01/2007*

represented by **Saul Martin Huerta, Jr**
Federal Public Defenders Office
407 W Congress St
Ste 501
Tucson, AZ 85701
520-879-7500
Fax: 520-879-7601
Email: saul_huerta@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:751(a) and 4082(a)
Escaping/Attempting to Escape from custody of Attorney General

**Disposition**

**Plaintiff**

USA                                            represented by   **Jerry R Albert**
                                                                US Attorney's Office
                                                                405 W Congress St
                                                                Ste 4800
                                                                Tucson, AZ 85701-4050
                                                                520-620-7300
                                                                Fax: 520-620-7320
                                                                Email: jerry.albert@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2007 | 1 | Arrest (warrant issued other district) of James Stuart Walker (TAD, ) (Entered: 11/01/2007) |
| 10/29/2007 | 2 | Minute Entry for proceedings held before Judge Hector C Estrada : Initial Appearance as to James Stuart Walker held on 10/29/2007, Detention Hearing held on 10/29/2007, Rule 5(c)(3) Identity Hearing waived on 10/29/2007. Attorney Appointment Hearing held on 10/29/2007. Appointing Jerry R Albert for USA, Saul Martin Huerta, Jr for James Stuart Walker with Appointment Type: AFPD. Commitment to Another Distict Issued.(Court Reporter COURTSMART). (TAD, ) (Entered: 11/01/2007) |
| 11/01/2007 | 3 | WAIVER of Rule 40 Hearings by James Stuart Walker (TAD, ) (Entered: 11/01/2007) |
| 11/01/2007 | 4 | COMMITMENT TO ANOTHER DISTRICT as to James Stuart Walker. Defendant committed to Northern District of Califonia. Signed by Judge Hector C Estrada on 10/29/2007.(TAD, ) (Entered: 11/01/2007) |
| 11/01/2007 | 5 | Miscellaneous Document: Letter and Documents sent to Northern District of California as to James Stuart Walker. (TAD, ) (Entered: 11/01/2007) |
| 11/01/2007 |   | (Court only) ***Terminated defendant James Stuart Walker, pending deadlines, motions and excludables. (TAD, ) (Entered: 11/01/2007) |