AO 442 (Rev. 5/93) Warrant for Arrest

```
          0711-0419-0741-A
              OCT 29 2007
         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY __CALIFORNIA__ DEPUTY
                              LODGED
                              RECEIVED
                              COPY
```

# United States District Court

**NORTHERN** _____ DISTRICT OF _____ **CALIFORNIA**

UNITED STATES OF AMERICA

V.

JAMES STUART WALKER

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: 07-01012M
4-07-70271

To: The United States Marshal
and any Authorized United States Officer

**WDB**

YOU ARE HEREBY COMMANDED to arrest _____ **JAMES STUART WALKER** _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
escaping or attempting to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which a person is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge or magistrate judge, if the custody or confinement was by virtue of an arrest on a charge of felony or conviction of any offense, to wit, willfully failing to remain within the extended limits of his confinement, or to return within the time prescribed to an intstitution or facility designated by the Attorney General

in violation of
Title _____ 18 _____ United States Code, Section(s) 751(a) and 4082(a)

The Honorable Elizabeth D. Laporte                U.S. Magistrate Judge
Name of Issuing Officer                           Title of Issuing Officer

[signature]                                       May 11, 2007 San Francisco CA
Signature of Issuing Officer                      Date and Location

Bail fixed at
$ _____ by _____
                                Name of Judicial Officer

**RETURN**

at

| DATE RECEIVED 05/31/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/26/07 | ubject arrested by USMS  nd intialed on 10/29/07  ...District of Arizona | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA
v.
JAMES STUART WALKER

**ORIGINAL FILED MAY 11 2007**
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Name and Address of Defendant)

**07-01012M**

**CRIMINAL COMPLAINT**

CASE NUMBER 4-07-70271 WDB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 5, 2007** in **Alameda** county, in the **Northern** District of **California** defendant(s) did, (Track Statutory Language of Offense)

escape or attempt to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which a person is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge or magistrate judge, if the custody or confinement was by virtue of an arrest on a charge of felony or conviction of any offense, to wit, willfully failing to remain within the extended limits of his confinement, or to return within the time prescribed to an intstitution or facility designated by the Attorney General

in violation of Title **18** United States Code, Section(s) **751(a) and 4082(a)**.

I further state that I am a(n) **Deputy U.S. Marshal** and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: _____
AUSA: Michelle Morgan-Kelly

Name/Signature of Complainant: Jimmy Vestal

Sworn to before me and subscribed in my presence,

**MAY 11, 2007** at **San Francisco, California**
Date                                       City and State

The Honorable Elizabeth D. Laporte
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

07-01012M

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jimmy Vestal, first being duly sworn, depose and state:

**BACKGROUND**

1. I am a Deputy United States Marshal in the United States Marshals Service, a position I have held for approximately 12 years. My job responsibilities include transporting and managing federal prisoners.

2. This affidavit is made in support of a warrant to arrest JAMES STUART WALKER. As set forth below, I have probable cause to believe that WALKER has violated Title 18, United States Code, Sections 751(a) and 4082(a). Section 751(a) makes it a crime to escape or attempt to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which a person is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, if the custody or confinement is by virtue of an arrest on a charge of felony, or conviction of any offense. Section 4082(a) states that the willful failure of a prisoner to remain within the extended limits of his confinement, or to return within the time prescribed to an institution or facility designated by the Attorney General, shall be deemed an escape from the custody of the Attorney General.

3. This affidavit sets forth facts that I have gleaned from my own investigation and from the investigation of other law enforcement agents and officers. It does not include every fact known to me, but only those facts necessary to establish probable cause.

07-01012M

**FACTS SUPPORTING PROBABLE CAUSE**

4.  On September 22, 1999, in the Northern District of California, JAMES STUART WALKER was sentenced to the custody of the United States Attorney General for two consecutive terms of 60 months each for violations of Title 18 U.S.C. Sections 2113(a), Armed Bank Robbery; 2, Aiding and Abetting; and 924(c), Carrying a Firearm in Relation to Violent Crime; and Title 26 U.S.C. Section 5861(d), Possession of Destructive Device Case, in *United States v. James Walker*, No. CR 98-40166-CW.

5.  On October 7, 1999 the Federal Bureau of Prisons (BOP) designated JAMES STUART WALKER to service of custody at the Federal Correctional Institution in Florence, Colorado.

6.  On October 22, 1999, the Federal BOP assumed physical custody of WALKER from the United States Marshal of the Northern District of California for service of sentence.

7.  On April 4, 2007, BOP placed WALKER on unescorted transfer furlough from the Federal Correction Institution (FCI) in Tucson, Arizona to the Cornell Community Correctional Center in Oakland, California. Specifically, WALKER was provided with a travel itinerary directing him to travel by taxi and Greyhound bus from FCI Tuscon to Cornell Corrections. Consistent with his travel itinerary, he was required to report to Cornell Corrections no later than 8:30 a.m. on April 5, 2007.

8.  On April 5, 2007, WALKER failed to report to the Cornell Community Correctional Center as instructed by BOP.

9.  JAMES STUART WALKER was scheduled for release from BOP custody on September 28, 2007.

07-01012M

10. On April 6, 2007, the Federal Bureau of Prisons placed JAMES STUART WALKER on escape status and notified the United States Marshals Service via a Notice of Escaped Federal Prisoner.

**CONCLUSION**

11. Based on the foregoing, there is probable cause to believe that JAMES STUART WALKER violated Title 18, United States Code, Sections 751(a) and 4082(a) when he failed to report to Cornell Corrections during furlough custody on April 5, 2007.

12. It is respectfully requested that a warrant be issued for the arrest of JAMES STUART WALKER for violation of Title 18, United States Code, Sections 751(a) and 4082(a), Escape.

_____
Jimmy Vestal
Deputy United States Marshal

Sworn to before me and subscribed in my presence this ____ day of May, 2007.

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge