DATE: 10/29/2007     CASE NUMBER: 07-01012M

USA vs. JAMES STUART WALKER

U.S. MAGISTRATE JUDGE: MAGISTRATE HÉCTOR C. ESTRADA   Judge #: 70BQ

U.S. Attorney Jerry Albert     INTERPRETER REQ'D N/A

Attorney for Defendant Saul Huerta, AFPD

INITIAL APP: ☒ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed  ☐ DOA ____
☐ Warrant Other District        ☐ Financial Afdvt taken
☐ Warrant Phx Div.              ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
is ☐ Granted  ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends  detention  ; Gov't ☒ concurs  ☐ objects
GOVERNMENT recommends  detention

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☒ Held ☐ Cont'd<br>Set for:<br>before: | REMOVAL HEARING: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☒ COMMITMENT TO ANOTHER DISTRICT ISSUED |
| ☐ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ ORDER BOND posted in this case be transferred to the U.S. District Court for the ___ where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the  Northern District of California , that there is probable cause to believe that this defendant is the  JAMES STUART WALKER , named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER:  Mr. Huerta reserves the right for Defendant to have a detention hearing in the receiving district.
Saul Huerta is appointed as counsel of record.

Recorded by Courtsmart           IA: 0
BY: Selina Vega                  DH: 0
Deputy Clerk                     Removal: 0
                                 Atty Appt: 0