AZ WVR (7/99) Waiver of Rule (5) (c) Hearings
================================================================================
Case 4:07-cr-00696-CW    Document 3-4    Filed 11/05/2007    Page 1 of 1

# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

United States of America

v.

JAMES STUART WALKER

**WAIVER OF RULE 5(c)(3) HEARINGS**
(Excluding Probation Cases)

Case Number: 07-01012M

I, __JAMES STUART WALKER__, understand that in the __NORTHERN__ District of __CALIFORNIA__, charges are pending alleging violation of __18:751(a) and 4082(a); ESCAPING/ATTEMPTING TO ESCAPE FROM CUSTODY OF ATTORNEY GENERAL__ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

[X] identity hearing

[ ] preliminary examination

[ ] identity hearing and have been informed I have no right to a preliminary examination

[ ] identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me. I further waive the presentment of the original or the certified copy of the Warrant from the **NORTHERN** District of **CALIFORNIA** in the District of **Arizona**.

_____
Defendant

10/29/2007

_____
Defense Counsel