UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

==AMENDED==
Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson (pro tem)**
**Date: 11/28/07**

**Plaintiff:** United States

**v.**                                                   **No.** CR-07-00696 CW

**Defendant:** James Walker (present - in custody)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:  Status or Trial Setting

**Notes:**    Defense hopes to resolve soon.  Defense does not intend to file any motions at ths time, but has just received discovery this morning.  **Case continued to 12/12/07 at ==2:00 p.m.== for trial setting or motions setting or disposition.**  Time excluded for effective preparation.

Copies to: Chambers