UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:**
**Date:** 12/12/07

**Plaintiff:**  United States

**v.**                                              **No.**  CR-07-00696 CW

**Defendant:**  James Walker (not present)

**Appearances for Plaintiff:**
Andrew Huant

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**

        **Hearing:**  Trial Setting or Motions Setting or Disposition

**Notes:**     Hearing not held.  U.S. Marshals did not bring the defendant from Santa Rita.  **Matter continued to 12/19/07 at 2:00 p.m.**

Copies to: Chambers