UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
DEC 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: 12/19/07

**Plaintiff:** United States

**v.**                                           **No.** CR-07-00696 CW

**Defendant:** James Walker (present - in custody)

**Appearances for Plaintiff:**
Andrew Huang

**Appearances for Defendant:**
John Paul Reichmuth

**Hearing:** Change of Plea and Sentencing

**Notes:** Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to the single count indictment charging escape in violation of 18 USC 751(a) and 4082. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. Defendant waives PSR and requests immediate sentencing. The Court finds Adjusted Offense Level 7, Criminal History III, leading to a Guideline Range of 4-10 months. The Court follows the government's recommendation and plea agreement and sentences the defendant to 4 months custody to be followed by 3 years supervised release to run concurrent with 5 years previously imposed in CR-98-40166-01 CW and under the usual terms and conditions and the special condition the defendant not have any contact with witness without prior permission of P/O. Supervised release conditions previously imposed in CR-98-40166-01 CW also remain in effect. No fine imposed due to lack of ability to pay a fine; defendant to pay $100 special assessment which is due immediately, but may be paid through the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter; any balance that remains at the commencement of the term of supervised release shall be paid at the rate of $25 per quarter as directed by the P/O. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers; probation